No. 71–1687. EAST TEXAS STEEL CASTINGS CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 71–1688. MUIRHEAD *v.* HINDS COUNTY DEMO-CRATIC EXECUTIVE COMMITTEE ET AL. Sup. Ct. Miss. Certiorari denied.

No. 71–1692. ANNORENO ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 71–1693. IRWIN *v.* EAGLE STAR INSURANCE CO., LTD. C. A. 5th Cir. Certiorari denied.

No. 71–1696. BARTON *v.* OREGON. Sup. Ct. Ore. Certiorari denied.

No. 71–1697. PACIFIC MARITIME ASSN. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–1703. KOSHER *v.* WASHINGTON STATE BAR ASSN. Sup. Ct. Wash. Certiorari denied.

No. 71–1704. BORROWDALE ET AL. *v.* BOARD OF JUNIOR COLLEGE DISTRICT No. 515 ET AL. Sup. Ct. Ill. Certiorari denied.

No. 71–1706. SHELTON *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 71–1707. COUNTY COLLECTOR OF COOK COUNTY ET AL. *v.* NORTHWESTERN UNIVERSITY. Sup. Ct. Ill. Certiorari denied.